UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EREIC W. BACA,<br><br>      Plaintiff,<br><br> v.<br><br>KING COUNTY DISTRICT COURT, et al.,<br><br>      Defendants. | CASE NO. C24-1411JLR<br><br>ORDER |

   On December 16, 2024, the court dismissed Plaintif Ereic W. Baca's complaint for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B) and granted Mr. Baca leave to file an amended complaint addressing the deficiencies identified by no later than January 15, 2025. (12/16/24 Order (Dkt. # 6).) The court warned Mr. Baca that it would dismiss this action if he failed to file an amended complaint by that deadline or if he filed an amended complaint that did not cure the deficiencies identified in that order. (*Id.* at 3-4.) The January 15 deadline has passed, and Mr. Baca has not filed an amended

ORDER - 1

1  complaint.  (*See generally* Dkt.)  Therefore, the court DISMISSES Mr. Baca's claims,

2  and this action, without prejudice.

3        Dated this 21st day of January, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2